IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JONATHAN BENEDICT; WILLIAM BOATMAN; JIM HUBBARD; and JEFF WILBANKS, | x : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action File No. 1:15-cv-03598-CMS |
| SAPPCO SERVICES LLC; SAPP CONSTRUCTION SERVICES LLC; and STEPHEN SAPP, | : : | |
| Defendants. | : | |

-------------------------------------------------x

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between counsel for the parties herein that the above-referenced action be and the same hereby is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: Atlanta, Georgia
       August 2, 2017

| | |
|---|---|
| s/ Robert N. Marx | s/ J Benjamin Musgrove |
| Georgia Bar No. 475280 | Georgia Bar No. 987157 |
| Jean Simonoff Marx | J. Benjamin Musgrove |
| Georgia Bar No. 475276 | The Musgrove Law Firm, LLC |
| Marx & Marx, LLC | 341-C Dahlonega Street |
| 5555 Glenridge Connector | Cumming, Georgia 30040 |
| Atlanta, GA 30342 | Tel. (470) 839-2769 |
| Tel : (404) 261-9559 | Fax. (470) 297-3119 |

| | |
|---|---|
| lawyers@marxlawgroup.com | ben@themusgrovefirm.com |
| Counsel for Plaintiffs | Counsel for Defendants |